LOUIS A. LEONE, ESQ. (SBN 099874)
BRIAN A. DUUS, ESQ.. (SBN 263403)
IOANA R. BURSON, ESQ. (SBN 209471)
**LEONE & ALBERTS**
1390 Willow Pass Road, Suite 700
Concord, CA 94520-7913
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
Emails:      bduus@leonealberts.com
             iburson@leonealberts.com

Attorneys for Defendants
CITY OF ANTIOCH

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARRIYANNA BRYANT, | **Case No.:  3:21-cv-00590** |
| Plaintiff, | |
| vs. | |
| CITY OF ANTIOCH, a municipal corporation; ROBERT JOSEPH GERBER, as an individual and in his official capacity; ERIC MCMANUS, as an individual and in his official capacity; JASON VANDERPOOL, as an individual and in his official capacity; and DOES 1 through 20, inclusive, | **DEFENDANT CITY OF ANTIOCH'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION); DEMAND FOR JURY TRIAL** |
| | Complaint Filed: October 20, 2020 |
| Defendants. | Trial Date:  Not Yet Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant City of Antioch hereby removes to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 the state court action described below.

**I.    REMOVAL IS TIMELY.**

1.    On October 20, 2020, Plaintiff Marriyanna Bryant commenced an action in the Superior Court of the State of California, County of Contra Costa, entitled

1

*Marriyanna Bryant v. City of Antioch, et. al.*, case number C20-02173.  Defendants Robert Joseph Gerber, Eric McManus, and Jason Vanderpool have not yet been served with the complaint. A copy of the complaint is attached hereto as Exhibit A.

2.     The first date upon which the City of Antioch received a copy of the complaint was December 28, 2020, the date on which the City was served.

3.     The only defendant known to have been served with the complaint as of the date of filing of this Notice of Removal is Defendant City of Antioch, who is represented by Leone & Alberts.  The City is not aware of any other defendants who have been served in this matter.

4.     The City filed an answer to the complaint in state court on January 22, 2021, a copy of which is attached hereto as Exhibit B.

**II.     JURISDICTION IS PROPER.**

5.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and 1343, and is one which may be removed to this Court by the City pursuant to the provisions of 28 U.S.C. § 1441(a), because Plaintiff's complaint seeks relief under 42 U.S.C. § 1983.

6.     Plaintiff's complaint also alleges state law claims arising out of the same case or controversy that may be heard under a grant of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

<u>**INTRADISTRICT ASSIGNMENT**</u>

Pursuant to Local Rule 3-2(c) & (d), the City respectfully requests assignment to the Oakland or San Francisco Division of this Court because this case arises from actions in Contra Costa County, California, and because counsel for the City is located in Contra Costa County.

///

///

///

///

## DEMAND FOR JURY TRIAL

The City demands trial by jury in this action on all claims as to which the right to trial by jury attaches.

Dated:  January 25, 2021          **LEONE & ALBERTS**

_____
LOUIS A. LEONE, ESQ.
BRIAN A. DUUS, ESQ.
IOANA R. BURSON, ESQ.
Attorneys for Defendant
CITY OF ANTIOCH

3

DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION); DEMAND FOR JURY TRIAL