LOUIS A. LEONE, ESQ. (SBN 099874)
BRIAN A. DUUS, ESQ.. (SBN 263403)
IOANA R. BURSON, ESQ. (SBN 209471)
**LEONE & ALBERTS**
1390 Willow Pass Road, Suite 700
Concord, CA 94520-7913
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
Emails:   bduus@leonealberts.com
              iburson@leonealberts.com

Attorneys for Defendant
CITY OF ANTIOCH

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARRIYANNA BRYANT, | Case No.: 3:21-cv-00590 |
|---|---|
| Plaintiff, | |
| vs. | |
| CITY OF ANTIOCH, a municipal corporation; ROBERT JOSEPH GERBER, as an individual and in his official capacity; ERIC MCMANUS, as an individual and in his official capacity; JASON VANDERPOOL, as an individual and in his official capacity; and DOES 1 through 20, inclusive, | **DECLARATION OF IOANA R. BURSON IN SUPPORT OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT** |
| Defendants. | Complaint Filed: October 20, 2020<br>Trial Date:  Not Yet Set |

I, Ioana R. Burson declare as follows:

1. I am an attorney at law licensed to practice before all the courts of the State of California and this Court.  I am an attorney with the law firm of Leone & Alberts, attorneys of record for Defendant City of Antioch in this action.  I am familiar with the facts, pleadings, and records in this action, and if called upon to testify I could and

1  would competently testify to the following:

2      2.    According to the state court docket, the operative complaint was filed in the Contra Costa County Superior Court on October 20, 2020.  Defendant City of Antioch was served with the complaint on December 28, 2020.  A copy of the complaint is attached to the Notice of Removal filed herewith as Exhibit A.   To the best of my knowledge and belief, no other defendant has yet been served.

    3.    Defendant City of Antioch filed an answer to the complaint in state court on January 22, 2021.  A copy of the answer is attached to the Notice of Removal filed herewith as Exhibit B.

    4.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and 1343, and is one which may be removed to this Court by the City pursuant to the provisions of 28 U.S.C. § 1441(a), because Plaintiff's complaint seeks relief under 42 U.S.C. § 1983.

    5.    Plaintiff's complaint also alleges state law claims arising out of the same case or controversy that may be heard under a grant of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 25, 2021, at Concord, California.

_____
IOANA R. BURSON, ESQ.

DECLARATION OF IOANA R. BURSON IN SUPPORT OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT