LOUIS A. LEONE, ESQ. (SBN 099874)
BRIAN A. DUUS, ESQ.. (SBN 263403)
IOANA R. BURSON, ESQ. (SBN 209471)
**LEONE & ALBERTS**
1390 Willow Pass Road, Suite 700
Concord, CA 94520-7913
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
Emails:       bduus@leonealberts.com
                   iburson@leonealberts.com

Attorneys for Defendant
CITY OF ANTIOCH

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARRIYANNA BRYANT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF ANTIOCH, a municipal corporation; ROBERT JOSEPH GERBER, as an individual and in his official capacity; ERIC MCMANUS, as an individual and in his official capacity; JASON VANDERPOOL, as an individual and in his official capacity; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | **Case No.:  3:21-cv-00590**<br><br>**NOTICE OF APPEARANCE FOR IOANA R. BURSON, ESQ. FOR DEFENDANT CITY OF ANTIOCH**<br><br>Complaint Filed: October 20, 2020<br>Trial Date:  Not Yet Set |

　　　TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

　　　I, Ioana R. Burson, Esq., of Leone & Alberts, A Professional Corporation, hereby enter my appearance as counsel of record for Defendant City of Antioch, in this matter.

　　　I join Brian A. Duus, Esq., (bduus@leonealberts.com) in representing the defendants identified above in this action.

　　　Please serve me, as well as Brian A. Duus, Esq. with all pleadings, notices, and

other papers in this action.  My contact information is as follows:

>Ioana R. Burson, Esq.
>Leone & Alberts
>A Professional Corporation
>1390 Willow Pass Road, Suite 700
>Concord, CA 94520
>Tel: (925) 974-8600
>Fax: (925) 974-8601
>Email: iburson@leonealberts.com

Dated:  January 26, 2021         **LEONE & ALBERTS**

*/s/ Ioana R. Burson*

_____
LOUIS A. LEONE, ESQ.
BRIAN A. DUUS, ESQ.
IOANA R. BURSON, ESQ.
Attorneys for Defendant
CITY OF ANTIOCH