1  JAMIR DAVIS, ESQ. SBN 98401 (PRO HAC VICE)
   **J. DAVIS LAW FIRM, PLLC**
2  106 Winging Way, Unit C
3  Covington, KY 41011
   Telephone: 859-750-5033
4  Email: Jdavislawky@Gmail.Com

5
   MICHAEL R. SEVILLE, ESQ. SBN 278164
6  CURTIS L. BRIGGS, ESQ. SBN 284190
   **SEVILLE BRIGGS, LLP**
7  3330 Geary Blvd. 3rd Floor, East
   San Francisco, CA 94118
8  Telephone: 415-324-8733
9  Email: Michael@sevillebriggs.com
            Curtis@sevillebriggs.com
10

> FILED
>
> Sep 21 2021
>
> SUSAN Y. SOONG
> CLERK, U.S. DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> SAN FRANCISCO

11 Attorneys for Plaintiff
   MARIYANNA BRYANT [erroneously spelled in the caption
12 MARRIYANNA BRYANT]

13 LOUIS A. LEONE, ESQ. (SBN 099874)
14 BRIAN A. DUUS, ESQ. (SBN 263403)
   IOANA R. BURSON, ESQ. (SBN 209471)
15 **LEONE & ALBERTS**
   1390 Willow Pass Road, Suite 700
16 Concord, CA 94520-7913
17 Telephone:  (925) 974-8600
   Facsimile:   (925) 974-8601
18 Email: bduus@leonealberts.com
            iburson@leonealberts.com
19

20 Attorneys for Defendants
   CITY OF ANTIOCH, ROBERT JOSEPH GERBER,
21 ERIC MCMANUS, and JASON VANDERPOOL

22              THE UNITED STATES DISTRICT COURT
23
                NORTHERN DISTRICT OF CALIFORNIA
24

25 | MARRIYANNA BRYANT, | Case No.:  3:21-cv-00590- TSH |
|---|---|
26 |        Plaintiff, | **STIPULATION AND [~~PROPOSED~~]** |
27 |        vs. | **ORDER DISMISSING DEFENDANTS ROBERT JOSEPH** |
28 | CITY OF ANTIOCH, a municipal corporation; | **GERBER, ERIC MCMANUS, AND** |

1

STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| ROBERT JOSEPH GERBER, as an individual and in his official capacity; ERIC MCMANUS, as an individual and in his official capacity; JASON VANDERPOOL, as an individual and in his official capacity; and DOES 1 through 20, inclusive,<br><br>            Defendants. | JASON VANDERPOOL WITH PREJUDICE<br><br><br><br><br>Complaint Filed: October 20, 2020<br>Trial Date:  Not Yet Set |

The parties to the above captioned action, hereby stipulate by and through their undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 41, as follows:

WHEREAS, the parties have entered into a settlement of the entire case.

WHEREAS, as a material condition of the settlement, Plaintiff hereby dismisses with prejudice any and all claims brought in this action against defendants ROBERT JOSEPH GERBER, ERIC MCMANUS, and JASON VANDERPOOL, the parties to bear their own attorney's fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  September 21, 2021       **J. DAVIS LAW FIRM, PLLC**

/s/ Jamir Davis
JAMIR DAVIS, ESQ.
Attorneys for Plaintiff MARIYANNA BRYANT

Dated:  September 21, 2021       **SEVILLE BRIGGS, LLP**

/s/ Michael R. Seville
MICHAEAL R. SEVILLE, ESQ.
Attorneys for Plaintiff MARIYANNA BRYANT

Dated: September 20, 2021       **LEONE & ALBERTS**

/s/ Brian A. Duus
BRIAN A. DUUS, ESQ.
Attorneys for Defendants
CITY OF ANTIOCH, ROBERT JOSEPH GERBER, ERIC MCMANUS, and JASON VANDERPOOL

STIPULATION AND [PROPOSED] ORDER

I, Brian A. Duus, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with Local Rule 5-1(i)(3), I hereby attest that attorneys Jamir Davis and Michael R. Seville have concurred in this filing.

/s/ Brian A. Duus

**IT IS SO ORDERED.**

Dated: September 21, 2021

Hon. Thomas S. Hixson
United States District Magistrate Judge